E-FILED 03/16/12
JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>      Plaintiff,<br><br>  vs.<br><br>1531 EAST FLORIDA AVENUE, INC. dba GUS JR., et al,<br><br>      Defendants. | No: 2:11-CV-04254-PSG<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION** |

### ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Cecil Shaw and Defendant 1531 East Florida Avenue, Inc. dba Gus, Jr. shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2. By consent of Plaintiff Cecil Shaw and Defendant 1531 East Florida Avenue, Inc. dba Gus, Jr., the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement between them.

3. Except as provided for in paragraphs 1 and 2 above, this action is dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: 03/16/12

PHILIP S. GUTIERREZ
United States District Court Judge

*Shaw v. 1531 East Florida Avenue, Inc. dba Gus Jr., et al.*
[Proposed] Order Granting Stipulation for Dismissal